IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE PIERRO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CARLE FOUNDATION HOSPITAL,<br><br>Defendant. | Case No. 2:23-cv-02117<br><br>Judge Colin Stirling Bruce<br>Magistrate Judge Eric I. Long |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE
PARTIES' CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Jaqueline Pierro ("Named Plaintiff"), individually and on behalf of all others similarly situated, pursuant to Rule 23 of the Federal Rules of Civil Procedure and Section 201 *et seq.* of the Fair Labor Standards Act, for her Motion for Final Approval of the Parties' Class and Collective Action Settlement, states as follows:

1. This case involves claims against Defendant under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS § 105/1 *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS § 115/1 *et seq.* ("IWPCA") for the alleged failure to pay overtime and straight-time wages to the Plaintiff and a putative collective and class of hourly-paid employees.

2. The parties reached a $16,000,000 settlement involving a class of approximately 29,539 individuals.

3. On June 9, 2025, the Court granted preliminary approval of the Parties' class and collective action settlement under the FLSA, IMWL and IWPCA. (ECF No. 43). In its June 9, 2025 preliminary approval Order, the Court preliminarily found that the settlement is a fair, reasonable, and adequate resolution of a bona fide dispute under the FLSA and state wage and

hour law and that it meets the requirements of Federal Rule of Civil Procedure 23(a) and (b)(3) and 29 U.S.C. § 216(b).  (ECF No. 43 at 21).

4. After preliminary approval, the claims administrator issued notice via direct U.S. mail and by website.  Of the 29,539 individuals who were eligible to participate in the settlement, approximately 13,328 submitted Claim Forms, no Settlement Class Members objected to the Settlement and 67 individuals requested to exclude themselves from it (*i.e.*, 00.23% of the Settlement Class Members).

5. As set forth in the accompanying Brief in Support of this Motion, the settlement is a fair, reasonable and adequate settlement and reasonable resolution of a *bona fide* dispute under the FLSA and Illinois law.

6. Accordingly, Plaintiff respectfully requests that this Honorable Court grant final approval of the settlement and such other relief that the Honorable Court deems appropriate.


Dated:  September 5, 2025                          Respectfully submitted,

                                                   /s/ Thomas M. Ryan
                                                   One of Plaintiff's attorneys


James X. Bormes                                    Thomas M. Ryan
Catherine P. Sons                                  Law Office of Thomas M. Ryan, P.C.
Law Office of James X. Bormes, P.C.                35 East Wacker Drive
8 South Michigan Avenue                            Suite 650
Suite 2600                                         Chicago, Illinois 60601
Chicago, Illinois 60603                            (312) 726-3400
(312) 201-0575                                     tom@tomryanlaw.com
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Plaintiff's Motion for Final Approval of the Parties' Class and Collective Action Settlement to be filed and served on September 5, 2025 upon the following individuals via the Court's CM/ECF electronic filing system:

Amy Doehring
Catherine A. Miller
Akerman LLP
71 S. Wacker Drive, 47th Floor
Chicago, IL 60606
amy.doehring@akerman.com
catherine.miller@akerman.com

                                        /s/ Thomas M. Ryan