IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE PIERRO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CARLE FOUNDATION HOSPITAL,<br><br>Defendant. | Case No. 2:23-cv-02117<br><br>Honorable Colin Stirling Bruce<br>Magistrate Judge Eric I. Long |

**FINAL APPROVAL ORDER**

THIS MATTER COMING before the Court on the Plaintiff's Unopposed Motion and Memorandum for Final Approval of the Parties' Class and Collective Action Settlement (the "Settlement") and on Plaintiff's Motion for Attorney Fees, Litigation Costs, Service Awards and Settlement Administrator Costs, having considered the papers submitted to the Court and proceedings to date,

**Accordingly,**

**IT IS ORDERED** that Plaintiff's motion for final approval of the settlement, ECF No. 45, is hereby **GRANTED**;

**IT IS ORDERED** that Plaintiff's motion for attorney fees and costs, ECF No. 46, is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that:

1.  The Court finds that it has jurisdiction over the subject matter of the Action, the Named Plaintiff, the Settlement Class Members and Defendant;

2.  The Court approves the dissemination of the Notice of Class and Collective Action Settlement as provided for in the Preliminary Approval Order (ECF No. 43), and finds

1

that it constituted the best practicable notice under the circumstances to all members of the class and collective and fully met the requirements of Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), any and all substantive and procedural due process rights guaranteed by the United States Constitution, the laws of the State of Illinois and any other applicable law;

3. The Court gives final approval of the Settlement as fair, reasonable, and adequate to the Named Plaintiff and the Settlement Class Members who did not submit a valid request for exclusion, and in their best interests, and in full compliance with all requirements of due process and federal law. The Settlement is finally approved in all respects and its terms and provisions shall be consummated;

4. The Court hereby dismisses the above-captioned case with prejudice and, except as to each class member who has timely and effectively requested exclusion from the Settlement, dismisses all claims alleged therein, and bars and permanently enjoins all Settlement Class Members from prosecuting any released claims against Defendant, provided, however, that any individual who did not submit a Claim Form will not release any rights, claims or interests under the Fair Labor Standards Act;

5. The Court finds that the Named Plaintiff and Settlement Class Counsel adequately represented the Settlement Class Members for the purposes of entering into and implementing the Settlement;

6. The Court finds that the Settlement Administrator, Analytics Consulting, LLC, has met all the requirements of the Court as set forth in the Preliminary Approval Order and the Amended Settlement Agreement;

7. The Court approves the Settlement Payments to be made to each Settlement Class Member who submitted a valid claim;

8. The Court approves the payment of attorneys' fees, costs, and expenses to Class Counsel (the "Attorneys' Fees and Costs Award") in the amount of $5,333,333.33 for attorneys' fees and costs not to exceed $55,000.00. The Attorneys' Fees and Costs Award shall be distributed to Class Counsel in accordance with the terms of the Settlement Agreement;

9. The Court approves the Incentive Awards in the amount of $15,000.00 for the Named Plaintiff and $2,500.00 for each of the eight (8) Opt-In Plaintiffs, to be distributed in accordance with the Settlement Agreement;

10. The Court approves the payment of settlement administration costs of up to $126,299.00 to the third-party Settlement Administrator, Analytics Consulting, LLC;

11. That, except as otherwise provided in the Amended Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs; and

12. The Court dismisses this action with prejudice.

IT IS SO ORDERED.

DATED: September 22, 2025

                                                                         s/Colin S. Bruce
                                            Honorable United States District Judge