Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Jacqueline Pierro,** *Individually and on behalf of others similarly situated,* | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **Case Number: 23-2117** |
| **The Carle Foundation Hospital,** | ) ) | |
| **Defendant.** | ) | |

### JUDGMENT IN A CIVIL CASE

☐  **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒  **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that the parties' Settlement Agreement is approved.    This case is dismissed with prejudice.

**Dated: 9/22/2025**

　　　　　　　　　　　　　　　　　　　　　　　　s/ Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　　　Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court